# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| TIMOTHY E. McCRARY, | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-13-573-M |
| JUSTIN JONES, et al., | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

Plaintiff, a prisoner appearing pro se, has filed a motion for leave to proceed in forma pauperis and supporting affidavit. This matter has been referred to the undersigned Magistrate Judge for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B). Having reviewed said motion, the undersigned finds that Plaintiff has sufficient funds to prepay the filing fee of $350.00. Because Plaintiff does not qualify for authorization to proceed without prepayment of the filing fee, it is recommended that Plaintiff's motion, Doc. 6, be denied and that he be ordered to prepay the full $350.00 filing fee for this action to proceed. 28 U.S.C. § 1915(a)(1). It is further recommended that this action be dismissed without prejudice to refiling unless Plaintiff pays the $350.00 filing fee in full to the Clerk of the Court within twenty (20) days of any order adopting this Report and Recommendation.

Plaintiff is advised of his right to file an objection to this Report and Recommendation with the Clerk of this Court by July 29, 2013, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72. Plaintiff is further advised that failure to timely object to this Report and Recommendation waives the right to appellate review of both factual and legal issues contained herein. *Moore v. United States*, 950 F. 2d 656, 659 (10th Cir. 1991).

ENTERED this 9th day of July, 2013.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE